# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PREMCHAND S., | Case No. 18-CV-2226 (NEB/KMM) |
| Petitioner, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| JEFFERSON B. SESSIONS, III, Attorney General; KIRSTJEN NIELSEN, DHS Secretary; PETER B. BERG, ICE Field Office Director, St. Paul; and WARDEN OF DETENTION FACILITY, | |
| Respondents. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated October 25, 2018 [ECF No. 16]. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that the Petitioner's petition [ECF No. 1] is DENIED AS MOOT, the Motion to Grant a Writ of Habeas Corpus [ECF No. 2] is DENIED, and this action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 7, 2018

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge